**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| SemiLED Innovations LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. <u>1:25-cv-02171</u> |
| Wayfair LLC, | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff SemiLED Innovations LLC ("SemiLED" or "Plaintiff"), by and through the undersigned counsel, hereby asserts the following claims for patent infringement against Defendant Wayfair LLC ("Wayfair" or "Defendant"), and alleges as follows:

## SUMMARY

1.      Plaintiff is the owner by assignment of all right, title, and interest in United States Patent Nos. 8,963,196; 9,530,942; and 8,309,971 (collectively, the "Patents-in-Suit").

2.      Defendant infringes the Patents-in-Suit at least by selling, without authorization, Plaintiff's proprietary technologies in a number of its residential and commercial products including, *inter alia*, Joss & Main Armande Linen LED Flush Mount, Wade Logan Hedden 58" Floor Lamp, Birch Lane B11 2700K Filament Bulb, Wayfair Basics B11 4W 3000K Filament Bulb, Wayfair Basics A19 40W Bulb, among other substantially similar products (collectively, the "Accused Products"). These Accused Products are marketed, offered, and distributed throughout the Unites States, including in this District.

3.     By this action, Plaintiff seeks to obtain compensation for the harm Plaintiff has suffered, and will continue to suffer, as a result of Defendant's infringement of the Patents-in-Suit.

## NATURE OF THE ACTION

4.     This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

5.     Defendant has infringed, and continues to infringe, one or more claims of Plaintiff's Patents-in-Suit at least by making, using, selling, and/or offering to sell the Accused Products in the United States, including in this District, and/or by importing the Accused Products into the United States.

6.     Plaintiff is the legal owner by assignment of the Patents-in-Suit, which were duly and legally issued by the United States Patent and Trademark Office ("USPTO"). Plaintiff seeks monetary damages for Defendant's infringement of the Patents-in-Suit.

## THE PARTIES

7.     Plaintiff SemiLED Innovations LLC is a Texas limited liability company with a business address at 6841 Virginia Parkway, Suite 103-441, McKinney, Texas 75071.  Plaintiff is the owner of the intellectual property rights at issue in this action.

8.     On information and belief, Defendant Wayfair LLC, is a corporation organized and existing under the laws of Delaware with a principal place of business at 4 Copley Place in Boston, Massachusetts. Defendant has a regular and established place of business at 4500 S Pleasant Valley Rd Bldg. 2, Suite 210, Austin, Texas 78744. Defendant can be served through its registered agent, Incorporating Services, Ltd., 3610-2 N. Josey Lane, Suite 223, Carrollton, Texas 75007, at its place of business, or anywhere else it may be found.

9. On information and belief, Defendant produces or causes to be produced at least the Wayfair Basics, Joss & Main, Birch Lane, and Wade Logan branded products under its private label business (*see, e.g.* https://www.wayfair.com/sca/ideas-and-advice/interior-design/meet-wayfairs-exclusive-brands-T9965) the Wayfair Basics, Joss & Main, Birch Lane, and Wade Logan brands are trademarked and held by Wayfair LLC, (https://tsdr.uspto.gov/#caseNumber=87811259&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, https://tsdr.uspto.gov/#caseNumber=97334164&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, https://tsdr.uspto.gov/#caseNumber=86107619&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, https://tsdr.uspto.gov/#caseNumber=90579076&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch).

## JURISDICTION AND VENUE

10. As this is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 et seq., this Court has subject matter jurisdiction over the matters asserted herein under 28 U.S.C. §§ 1331 and 1338(a).

11. This Court has general and specific personal jurisdiction over Defendant because Defendant conducts substantial business in the forum, directly and/or through intermediaries, including: (i) at least a portion of the infringing activity alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to persons in this District, and (iii) having a regular and established place of business in this state and in this judicial district.

12. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C.

§ 1400(b), as Defendant has committed substantial acts of infringement in this District and, through control of its authorized resellers, has regular and established places of business in this District.

## PATENTS-IN-SUIT

### U.S. Patent No. 8,963,196

13.    U.S. Patent No. 8,963,196 (the "'196 Patent") is titled "Slim LED package" and was issued on Feb 24, 2015. A true and correct copy of the '196 Patent is attached as Exhibit A.

14.    The '196 Patent was filed on Jan 22, 2014 as U.S. Patent Application No. 14/161,377.

15.    Plaintiff is the owner of all rights, title, and interest in and to the '196 Patent, with the full and exclusive right to bring suit to enforce the '196 Patent, including the right to recover for past infringement.

16.    The '196 Patent is valid and enforceable under United States Patent Laws.

17.    The '196 Patent recognized problems with existing light emitting diode (LED) packages at the time of the invention of the '196 Patent.

18.    For instance, the inventors of the '196 Patent recognized that prior art light emitting diode packages had issues where the housing supporting the lead frame would have excessive thickness. The added thickness made it difficult to fabricate a thin lead frame type LED package. Additionally, "the encapsulation material of the LED package which covers the LED chip, undergoes a yellowing phenomenon by energy generated from the LED chip emitting light. Such a yellowing phenomenon is a main cause of decreased luminescence performance and lifetime of the LED package." Exhibit A, '196 Patent at 1:53-57. Prior attempts to address these issues involved the use of a heat sink structure, such as a heat dissipation slug inserted into the housing, which complicated the manufacturing process. *See id*. at 1:58-64.

4

19.     The inventors of the '196 Patent recognized that a "lead frame on which the LED chip is mounted and the lead frame with which a bonding wire is connected have a significantly increased area exposed to the bottom, so that the LED package has greatly improved thermal dissipation efficiency." *See id*. at 3:1-5. Additionally, the inventors of the '196 Patent describe the following method to increase LED package slimness: "the LED package is configured to mount an LED chip on a chip mounting recess, which is formed on a predetermined region of a lead frame by reducing the thickness of the predetermined region, such that the thickness of the LED chip partially overlaps the thickness of the lead frame." *See id*. at 2:62-66.

20.     In view of the foregoing, among other advantages over the prior art, the inventions claimed by the '196 Patent provide the benefits of "thermal dissipation efficiency" and a reduction of thickness over the prior art by way of the LED chip mounting recess and lead frame area. *See id*. at 2:61-3:5.

### U.S. Patent No. 9,530,942

21.     U.S. Patent No. 9,530,942 (the "'942 Patent") is titled "Slim LED Package" and was issued on December 27, 2016. A true and correct copy of the '942 Patent is attached as Exhibit B.

22.     The '942 Patent was filed on August 3, 2015 as U.S. Patent Application No. 14/816,532.

23.     Plaintiff is the owner of all rights, title, and interest in and to the '942 Patent, with the full and exclusive right to bring suit to enforce the '942 Patent, including the right to recover for past infringement.

24.     The '942 Patent is valid and enforceable under United States Patent Laws.

25.     The '942 Patent recognized problems with existing light emitting diode (LED) packages at the time of the invention of the '942 Patent.

26.     For instance, the inventors of the '942 Patent recognized that prior art light emitting diode packages had issues where the housing supporting the lead frame would have excessive thickness. The added thickness made it difficult to fabricate a thin lead frame type LED package. Additionally, "the encapsulation material of the LED package which covers the LED chip, undergoes a yellowing phenomenon by energy generated from the LED chip emitting light. Such a yellowing phenomenon is a main cause of decreased luminescence performance and lifetime of the LED package." Exhibit B, '942 Patent at 1:57-62. Prior attempts to address these issues involved the use of a heat sink structure, such as a heat dissipation slug inserted into the housing, which complicated the manufacturing process. *See id*. at 1:64- 2:1.

27.     The inventors of the '942 Patent recognized that a "lead frame on which the LED chip is mounted and the lead frame with which a bonding wire is connected have a significantly increased area exposed to the bottom, so that the LED package has greatly improved thermal dissipation efficiency." *See id*. at 3:6-11. Additionally, the inventors of the '942 Patent describe the following method to increase LED package slimness, "the LED package is configured to mount an LED chip on a chip mounting recess, which is formed on a predetermined region of a lead frame by reducing the thickness of the predetermined region, such that the thickness of the LED chip partially overlaps the thickness of the lead frame." *See id*. at 2:67-3:4.

28.     In view of the foregoing, among other advantages over the prior art, the inventions claimed by the '942 Patent provide the benefits of "thermal dissipation efficiency" and a reduction of thickness over the prior art by way of the LED chip mounting recess and lead frame area. *See id*. at 2:67- 3:11.

## U.S. Patent No. 8,309,971

29.     U.S. Patent No. 8,309,971 (the "'971 Patent") is titled "Light emitting diode having

6

electrode pads" and was issued on Nov 13, 2012. A true and correct copy of the '971 Patent is attached as Exhibit C.

30.     The '971 Patent was filed on December 21, 2010 as U.S. Patent Application No. 12/974,917.

31.     Plaintiff is the owner of all rights, title, and interest in and to the '971 Patent, with the full and exclusive right to bring suit to enforce the '971 Patent, including the right to recover for past infringement.

32.     The '971 Patent is valid and enforceable under United States Patent Laws.

33.     The inventors of the '971 Patent recognized problems with the distribution of current in the P-type semiconductor layer. According to the inventors of the '971 Patent, "To solve such problems, a transparent electrode layer having a low resistivity may be formed on the P-type semiconductor layer so as to enhance current spreading." *See id*. at 1:53-56. This solution increased the light emitting area of the LED.

34.     One problem present in the prior art was that "since the transparent electrode layer tends to absorb light, the thickness of the transparent electrode layer may be limited, thereby providing limited current spreading. In particular, in a large LED having an area of about 1 mm² or more for high output, there may be a limit in achieving efficient current spreading through the transparent electrode layer." Exhibit C, '971 Patent at 1:61-67.

35.     The inventions claimed by the '971 Patent addressed these limitations by, e.g., spacing an electrode apart from a semiconductor layer and providing LEDs with various structures of electrode pads and extensions capable of enhancing current spreading. *See id*. at 2:26-28 and 2:32-35. As a result, the '971 Patent offered advantages of, *inter alia*, enhancing current spreading, as well as increasing the luminous efficacy.

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. 8,963,196

36.     Plaintiff incorporates by reference and re-alleges paragraphs 1-35 of the Complaint as if fully set forth herein.

37.     Wayfair has infringed and is infringing, either literally or under the doctrine of equivalents, the '196 Patent in violation of 35 U.S.C. § 271 et seq., directly and/or indirectly, by making, using, offering for sale, and/or selling in the United States, and/or importing into the United States without authority or license products, including but not limited to the Joss & Main Armande Linen LED Flush Mount, Wade Logan Hedden 58" Floor Lamp and Wayfair Basics A19 40W Bulb among other substantially similar products (collectively, the "'196 Accused Products").

38.     By way of non-limiting example, set forth below (with claim language in bold and italics) is exemplary evidence of infringement of claims 1, 2, and 8 of the '196 Patent by the Joss & Main Armande Linen LED Flush Mount. This description is based on publicly available information. Plaintiff reserves the right to modify this description, including, for example, on the basis of information about the '196 Accused Products that it obtains during discovery.

39.     ***1(a): A light emitting diode (LED) package, comprising***:— The Joss & Main Armande Linen LED Flush Mount, as seen in Figure 1A - 1 to Figure 1A - 2, comprises a "light emitting diode (LED) package," as recited in claim 1:



*Figure 1A - 1 – Joss & Main Armande Linen LED Flush Mount*



*Figure 1A - 2 - Joss & Main Armande Linen LED Flush Mount*

40.      ***1(b): a first lead frame and a second lead frame separated from each other;***— The Joss & Main Armande Linen LED Flush Mount comprises a "first lead frame and second lead frame separated from each other," as seen in Figure 1B - 1 where the first and second lead frames are annotated in yellow:



*Figure 1B -1 - Joss & Main Armande Linen LED Flush Mount*

41.      ***1(c): an LED Chip disposed on the first lead frame and electrically connected to the first lead frame and the second lead frame; and;***— The Joss & Main Armande Linen LED Flush Mount comprises a "LED Chip disposed on the first lead frame and electrically connected to the first lead frame and the second lead frame," as seen in Figure 1B - 2 to Figure 1B - 3:



*Figure 1B - 2 - Joss & Main Armande Linen LED Flush Mount*



*Figure 1B - 3 - Joss & Main Armande Linen LED Flush Mount*

42.    ***1(d): a wire connecting the LED chip to the second lead frame;***— The Joss & Main Armande Linen LED Flush Mount comprises "a wire connection the LED chip to the second lead frame," as seen in Figure 1B - 4:



*Figure 1B – 4 - Joss & Main Armande Linen LED Flush Mount*

43.    ***1(e): wherein opposing sides of the first lead frame and the second lead frame face each other in a slanted state to the other sides of the lead frame.***— The Joss & Main Armande Linen LED Flush Mount comprises opposing sides of the first and second lead frames that "face each other in a slanted state to the other sides of the lead frame" as seen in Figure 1B –

10

5 to Figure 1B - 6:



*Figure 1B - 5 - Joss & Main Armande Linen LED Flush Mount*



*Figure 1B - 6 - Joss & Main Armande Linen LED Flush Mount*

44.    ***Claim 2: The LED package of claim 1, wherein both of the opposing sides have a linear or curved shape.*** As one non-limiting example, as seen in Figure 1B - 7 and Figure 1B - 8, both the opposing sides in the Joss & Main Armande Linen LED Flush Mount have a curved shape:



*Figure 1B - 7 - Joss & Main Armande Linen LED Flush Mount*



*Figure 1B – 8 - Joss & Main Armande Linen LED Flush Mount*

45.    ***Claim 8: The LED package of claim 1, further comprising a resin covering at least a portion of the surface of the first lead frame, the second lead frame, and the LED chip***. As one non-limiting example, as seen in Figure 1B - 9, the LED package in the Joss & Main Armande Linen LED Flush Mount comprises a resin covering a surface of the first lead frame, the second lead frame and the LED chip:



*Figure 1B – 9 - Joss & Main Armande Linen LED Flush Mount*

46.    Defendant's infringement of the '196 Patent is exceptional and entitles Plaintiff to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

47.    Plaintiff is in compliance with any applicable marking and/or notice provisions of 35 U.S.C. § 287 with respect to the '196 Patent.

48.    Plaintiff is entitled to recover from Defendant all damages that Plaintiff has sustained as a result of Defendant's infringement of the '196 Patent, including, without limitation, a reasonable royalty.

**COUNT II: INFRINGEMENT OF U.S. PATENT NO. 9,530,942**

49.    Plaintiff incorporates by reference and re-alleges paragraphs 1-48 of the Complaint as if fully set forth herein.

50.    Wayfair has infringed and is infringing, either literally or under the doctrine of equivalents, the '942 Patent in violation of 35 U.S.C. § 271 et seq., directly and/or indirectly, by making, using, offering for sale, and/or selling in the United States, and/or importing into the United States without authority or license products, including but not limited to the Joss & Main Armande Linen LED Flush Mount, Wade Logan Hedden 58" Floor Lamp and Wayfair Basics A19 40W Bulb among other substantially similar products (collectively, the "'942 Accused Products").

51.     By way of non-limiting example, set forth below (with claim language in bold and italics) is exemplary evidence of infringement of claim 1 and claim 3 of the '942 Patent by the Joss & Main Armande Linen LED Flush Mount. This description is based on publicly available information. Plaintiff reserves the right to modify this description, including, for example, on the basis of information about the '942 Accused Products that it obtains during discovery.

52.     ***1(a): A light emitting diode (LED) package, comprising;***— The Joss & Main Armande Linen LED Flush Mount, as seen in Figure 2A - 1 to Figure 2A - 2, comprises a "light emitting diode (LED) package," as recited in claim 1:



*Figure 2A - 1 - LED Product – Joss & Main Armande Linen LED Flush Mount*



*Figure 2A - 2 - LED Product - Joss & Main Armande Linen LED Flush Mount*

53.     ***1(b): a first lead frame and a second lead frame separated from each other;***— The Joss & Main Armande Linen LED Flush Mount comprises a "first lead frame and second lead frame separated from each other," as seen in Figure 2B - 1, where the first and second lead frames are annotated in yellow:



*Figure 2B - 1 Joss & Main Armande Linen LED Flush Mount*

54.    ***1(c): an LED Chip disposed on the first lead frame and electrically connected with the second lead frame; and;—*** The Joss & Main Armande Linen LED Flush Mount comprises an "LED Chip disposed on the first lead frame and electrically connected with the second lead frame," as seen in Figure 2B - 2:



*Figure 2B - 2 Joss & Main Armande Linen LED Flush Mount*

55.    ***1(d): a resin covering at least portions of surfaces of the first and second lead frames, wherein;—*** The Joss & Main Armande Linen LED Flush Mount comprises "a resin covering at least portions of surfaces of the first and second lead frames," as seen in Figure 2B – 3:



*Figure 2B – 3 Joss & Main Armande Linen LED Flush Mount*

56.    *1(e): at least one of the first and second lead frames comprises a first edge facing the other lead frame and a second side opposite the first side;—* At least one of the first and second lead frames in the Joss & Main Armande Linen LED Flush Mount comprises "a first edge facing the other lead frame and second side opposite the first side" as seen in Figure 2B - 4 to Figure 2B - 5:



*Figure 2B - 4 Joss & Main Armande Linen LED Flush Mount*



*Figure 2B – 5 Joss & Main Armande Linen LED Flush Mount*

57.    *1(f): the first lead frame comprising a first groove disposed on a lower surface*

*thereof, and the second lead frame comprises a second groove disposed on the lower surface thereof;*—The Joss & Main Armande Linen LED Flush Mount comprises a first lead frame with "a first groove disposed on a lower surface thereof," and second lead frame with "a second groove disposed on a lower surface thereof;" as seen in Figure 2B - 6:



*Figure 2B - 6 Joss & Main Armande Linen LED Flush Mount*

58.    *1(g): each of the first and second grooves is open only on the lower surfaces of the first and second lead frames, respectively; and;*—The Joss & Main Armande Linen LED Flush Mount comprises first and second grooves that are "open only on the lower surfaces of the first and second lead frames, respectively;" as seen in Figure 2B - 7:



*Figure 2B - 7 Joss & Main Armande Linen LED Flush Mount*

59.    *1(h): a depth of the first groove is equal to a depth of the second groove.*—The

17

Joss & Main Armande Linen LED Flush Mount contains a first and second groove with equal depths, as seen in Figure 2B – 8:



*Figure 2B – 8 Joss & Main Armande Linen LED Flush Mount*

60.    ***Claim 3: The LED package of claim 1, wherein at least a portion of the lower surface of at least one of the first and second lead frames is not covered by the resin***. As one non- limiting example, as seen in Figure 2B - 9, the LED package in the Joss & Main Armande Linen LED Flush Mount has a portion of the lower surface of the first and second lead frames not covered by the resin:



*Figure 2B - 9 Joss & Main Armande Linen LED Flush Mount*

61.    Defendant's infringement of the '942 Patent is exceptional and entitles Plaintiff to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

62.    Plaintiff is in compliance with any applicable marking and/or notice provisions of

35 U.S.C. § 287 with respect to the '942 Patent.

63.    Plaintiff is entitled to recover from Defendant all damages that Plaintiff has sustained as a result of Defendant's infringement of the '942 Patent, including, without limitation, a reasonable royalty.

## COUNT III: INFRINGEMENT OF U.S. PATENT NO. 8,309,971

64.    Plaintiff incorporates by reference and re-alleges 1-63 of the Complaint as if fully set forth herein.

65.    Wayfair has infringed and is infringing, either literally or under the doctrine of equivalents, the '971 Patent in violation of 35 U.S.C. § 271 et seq., directly and/or indirectly, by making, using, offering for sale, and/or selling in the United States, and/or importing into the United States without authority or license, products, including but not limited to Joss & Main Armande Linen LED Flush Mount, Wade Logan Hedden 58" Floor Lamp, Birch Lane B11 2700K Filament Bulb, Wayfair Basics B11 4W 3000K Filament Bulb, Wayfair Basics A19 40W Bulb among other substantially similar products (collectively, the "'971 Accused Products").

66.    As non-limiting examples, set forth below (with claim language in bold and italics) is exemplary evidence of infringement of claims 1, 7-9, and 11 of the '971 Patent by the Wade Logan Hedden 58" Floor Lamp. This description is based on publicly available information. Plaintiff reserves the right to modify this description, including, for example, on the basis of information about the '971 Accused Products that it obtains during discovery.

67.    ***1(a): A light emitting diode, comprising a substrate;***—The Wade Logan Hedden 58" Floor Lamp contains light emitting diodes, as seen in Figure 3A - 1 and Figure 3A - 2 comprising a substate.

19





*Figure 3A - 2 - LED Chip – Wade Logan Hedden 58" Floor Lamp*

*Figure 3A - 1 - LED Chip – Wade Logan Hedden 58" Floor Lamp*

68.    **1(b): a first conductive type semiconductor layer arranged on the substrate;**—

The below SEM images of an individual light emitting diode from the Wade Logan Hedden 58"

Floor Lamp, as seen in Figure 3B – 1 and Figure 3B - 2, are annotated to illustrate the first

conductive type semiconductor layer arranged on the substrate:



*Figure 3B - 1 Wade Logan Hedden 58" Floor Lamp*



*Figure 3B - 2 Wade Logan Hedden 58" Floor Lamp*

69.     *1(c): a second conductive type semiconductor layer arranged on the first conductive type semiconductor layer;*—The below images of an individual light emitting diode from the Wade Logan Hedden 58" Floor Lamp, as seen in Figure 3B – 3, are annotated to illustrate the second conductive type semiconductor layer arranged on the conductive type semiconductor layer.



*Figure 3B – 3 Wade Logan Hedden 58" Floor Lamp*

70.     *1(d): an active layer disposed between the first conductive type semiconductor layer and the second conductive type semiconductor layer;*—The below images of an individual light emitting diode from the Wade Logan Hedden 58" Floor Lamp, as seen in Figure 3B - 4, are annotated to illustrate the active layer between the two conductive type semiconductor layers.

21



*Figure 3B - 4 Wade Logan Hedden 58" Floor Lamp*

71.    *1(e): a first electrode pad electrically connected to the first conductive type semiconductor layer;*—The below image of an individual light emitting diode from the Wade Logan Hedden 58" Floor Lamp, as seen in Figure 3B - 5 is annotated to illustrate the first electrode pad electrically connected to the first conductive type semiconductor layer.



*Figure 3B - 5 Wade Logan Hedden 58" Floor Lamp*

72.    *1(f): a second electrode pad arranged on the second conductive type semiconductor layer;*—The below images of an individual light emitting diode from the Wade Logan Hedden 58" Floor Lamp, as seen in Figure 3B - 6, are annotated to illustrate the second electrode pad arranged on the second conductive type semiconductor layer.

22



*Figure 3B - 6 Wade Logan Hedden 58" Floor Lamp*

73.    ***1(g): an insulation layer disposed between the second conductive type semiconductor layer and the second electrode pad;***—The below images of an individual light emitting diode from the Wade Logan Hedden 58" Floor Lamp, as seen in Figure 3B - 7, are annotated to illustrate the insulation layer between the second conductive type semiconductor layer and the second electrode pad.



*Figure 3B - 7 Wade Logan Hedden 58" Floor Lamp*

74.    ***1(h): and at least one upper extension electrically connected to the second electrode pad, the at least one upper extension being electrically connected to the second conductive type semiconductor layer.***—The below images of an individual light emitting diode

from the Wade Logan Hedden 58" Floor Lamp, as seen in Figure 3B - 8 and Figure 3B - 9, are annotated to illustrate the upper extension electrically connected to the second electrode pad and second conductive type semiconductor layer.



*Figure 3B - 8 Wade Logan Hedden 58" Floor Lamp*



*Figure 3B - 9 Wade Logan Hedden 58" Floor Lamp*

75.    ***Claim 7: The light emitting diode of claim 1, wherein the first electrode pad is arranged to face the second electrode pad.***— As one non-limiting example, the below SEM image of an individual light emitting diode from the Wade Logan Hedden 58" Floor Lamp, as seen in Figure 3B - 10, is annotated to illustrate the first electrode pad facing the second electrode pad.



*Figure 3B – 10 Wade Logan Hedden 58" Floor Lamp*

76.    ***Claim 8: The light emitting diode of claim 7, further comprising a first lower extension extending from the first electrode pad towards the second electrode pad, the first lower extension being electrically connected to the first conductive type semiconductor layer.—*** As one non-limiting example, the below SEM images of an individual light emitting diode from the Wade Logan Hedden 58" Floor Lamp, as seen in Figure 3B – 11 and Figure 3B – 12, are annotated to illustrate the lower extension extending from the first electrode pad towards the second electrode pad, wherein the first lower extension is electrically connected to the first conductive type semiconductor layer.



*Figure 3B – 11 Wade Logan Hedden 58" Floor Lamp (1)*



*Figure 3B – 12 Wade Logan Hedden 58" Floor Lamp (2)*

77.    ***Claim 9: The light emitting diode of claim 8, wherein a distal end of the first lower extension is closer to the second electrode pad than the first electrode pad.—*** As one non-limiting example, the below SEM image of an individual light emitting diode from the Wade Logan Hedden 58" Floor Lamp, as seen in Figure 3B – 13, is annotated to illustrate that the distal end of the first lower extension is closer to the second electrode pad than the first electrode pad.



*Figure 3B – 13 Wade Logan Hedden 58" Floor Lamp*

78.    ***Claim 11: The light emitting diode of claim 1, further comprising a transparent electrode layer arranged on the second conductive type semiconductor layer, the transparent***

*electrode layer forming an ohmic contact with the second conductive type semiconductor layer, wherein the transparent electrode layer is divided into at least two regions, and the second electrode pad is arranged on an exposed region of the second conductive type semiconductor layer between the at least two regions of the transparent electrode layer.—* As one non-limiting example, the below SEM images of an individual light emitting diode from the Wade Logan Hedden 58" Floor Lamp, as seen in Figures 3B – 14 through 3B – 16, are annotated to illustrate the transparent electrode layer arranged on the second conductive type semiconductor layer, wherein the transparent electrode forms an ohmic contact with the second conductive type semiconductor layer and is divided into two regions, as well as the second electrode pad being arranged on an exposed region of the second conductive type semiconductor layer between the at least two regions of the transparent electrode layer. As illustrated in Figure 3B – 16, EDS analysis demonstrates that the transparent electrode layer is an Indium Tin Oxide (ITO) layer.



*Figure 3B – 14 Wade Logan Hedden 58" Floor Lamp (1)*

27



*Figure 3B – 15 Wade Logan Hedden 58" Floor Lamp (2)*



*Figure 3B – 16 Wade Logan Hedden 58" Floor Lamp (3)*

79.    Defendant's infringement of the '971 Patent is exceptional and entitles Plaintiff to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

80.    Plaintiff is in compliance with any applicable marking and/or notice provisions of 35 U.S.C. § 287 with respect to the '971 Patent.

81.    Plaintiff is entitled to recover from Defendant all damages that Plaintiff has sustained as a result of Defendant's infringement of the '971 Patent, including, without limitation,

a reasonable royalty.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury on all issues so triable.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests:

A.  That Judgment be entered that Defendant has infringed at least one or more claims of the Patents-in-Suit, directly and/or indirectly, literally and/or under the doctrine of equivalents;

B.  An award of damages sufficient to compensate Plaintiff for Defendant's infringement under 35 U.S.C. § 284;

C.  That the case be found exceptional under 35 U.S.C. § 285 and that Plaintiff be awarded its reasonable attorneys' fees;

D.  Costs and expenses in this action;

E.  An award of prejudgment and post-judgment interest; and

F.  Such other and further relief as the Court may deem just and proper.

Date: December 31, 2025

Respectfully submitted,

*/s/ Cecil E. Key*
Cecil E. Key
Email: cecil@keyiplaw.com
KEY KESAN DALLMANN, PLLC
1050 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036
Phone: 202-772-3191

Attorneys for Plaintiff
**SemiLED Innovations LLC**

29