**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **SemiLED Innovations LLC,**<br>**Plaintiff,**<br>**v.**<br>**Wayfair LLC,**<br>**Defendant.** | **Civil Action No. 1:25-cv-02171**<br>**JURY TRIAL DEMANDED** |

**JOINT REQUEST TO EXTEND CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

Plaintiff SemiLED Innovations LLC ("Plaintiff") and Defendant Wayfair LLC ("Defendant") (collectively, the "Parties") hereby present this Joint Request to extend the deadline for the Case Management Conference ("CMC") and related deadlines that are triggered by the CMC until the Motion to Dismiss for failure to state a claim (*see* Dkt. 11) has been resolved. The bases for this Joint Request are as follows:

Plaintiff filed its Complaint on December 31, 2025. *See* Dkt. 1. The Parties then jointly requested an extension of time for Defendant to respond to the Complaint (*see* Dkt. 9), which was granted by the Court, to discuss the parameters of the case. *See* Feb. 11, 2026, Docket Entry Resetting Deadlines. The deadline for Defendant to respond was extended to March 17, 2026. *Id*. The Parties then

filed a Second Agreed Request to extend the deadline for Defendant to respond to the Complaint to "facilitate discussions between the parties to narrow the issues in the case and accordingly maximize efficiency for the Court and its docket." *See* Dkt. 10. The Court granted the Second Request on March 23, 2026. *See* March 23, 2026, Docket Entry Resetting Deadlines.[1]

In the interim, Defendant filed its Motion to Dismiss on March 17, 2026, under the then-controlling deadline for Defendant to respond to the Complaint. *See* Dkt. 11. In its motion, Defendant raises issues related to the scope of the products and claims at issue that the Parties had been discussing.

As a result of Defendant's filing, the Case Readiness Status Report ("CRSR") was filed on March 24, 2026, with the CMC set for April 7, 2026, and Plaintiff's Preliminary Infringement Contentions ("PICs") are due to be served by March 31, 2036. *See Standing Order Governing Proceedings (OGP) 4.4—Patent Cases*, §§ I-II. Additional deadlines will then follow from the April 7, 2026, CMC date. *See id.*, § II. Under this schedule, the PICs will be due before Plaintiff's deadline for responding to Defendant's Motion to Dismiss.

The outcome of the Motion to Dismiss may likely impact the scope of products and claims to be included in the PICs, as well as the case schedule that the Parties are required to discuss and present to the Court. *See* OGP, § II.3. It would

[1] The deadline for Defendant to answer has been reset to April 16, 2026. *See* March 24, 2026, Docket Entry Resetting Deadlines.

therefore be more efficient to extend the deadlines for the CMC, Plaintiff's PICs, and post-CMC deadlines until after Defendant's Motion to Dismiss has been resolved. The schedule could then proceed based on the date of Defendant's answer in the event the case is not dismissed as requested by Defendant. This would also allow the Parties to continue their ongoing discussions regarding the scope of the case and potential settlement.

For these reasons, the parties jointly request that the case schedule be postponed to allow resolution of the pending Motion to dismiss, and that the Case Management Conference and the related deadlines be based on the date Defendant answers or otherwise responds after the currently pending Motion to dismiss is either mooted or otherwise resolved by the Court. The extension is requested for good cause, including to facilitate discussions between the parties to narrow the issues in the case and accordingly maximize efficiency for the Court and its docket. The Parties agree that, by filing this Joint Request, neither Party waives any objections or rights to respond under the Federal Rules of Civil Procedure or the Court's Local Rules, Standing Orders, or procedures.

The parties certify that the requested extended deadlines are agreed upon, do not change the date of any hearing, trial, or other Court date, and do not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

A proposed order is enclosed.

**DATED:** March 26, 2026

**Respectfully submitted,**

*/s/ Cecil E. Key*
Cecil E. Key
Henning Schmidt
**Key Kesan Dallmann PLLC**
1050 Connecticut Ave., NW, Suite 500
Washington, DC 20036
Phone: 202-772-3191
Email: cecil.key@kkd-law.com
henning.schmidt@kkd-law.com

*Attorneys for Plaintiff*
*SemiLED Innovations LLC*

*/s/ Austin C. Teng*
Austin C. Teng
State Bar No. 24093247
**WINSTEAD PC**
600 W. 5th Street, Suite 900
Austin, Texas 78701
Tel.: (512) 370-2800
Fax: (512) 370-2850
Email: ateng@winstead.com

R. Michael Azzi (P74508)
Matthew Sierawski (P83524)
**WARNER NORCROSS & JUDD LLP**
150 Ottawa Ave. NW, Suite 1500
Grand Rapids, MI 49503
Phone: (616) 752-2000
Email: mazzi@wnj.com
msierawski@wnj.com

*Attorneys for Defendant*
*Wayfair LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(g), counsel for Plaintiff SemiLED Innovations LLC and Defendant Wayfair LLC conferred via email and phone regarding the above matter. Plaintiff joins in the requested relief.

*/s/ Cecil E. Key*
Cecil E. Key

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served via email on Defendant's counsel of record on March 26, 2026 at the following address:

R. Michael Azzi, Esq.
Warner Norcross + Judd LLP
1500 Warner Building
150 Ottawa Ave. N.W.
Grand Rapids, MI 49503
Phone: (616) 752-2784
Email: mazzi@wnj.com

*/s/ Cecil E. Key*
Cecil E. Key