**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION**

**SemiLED Innovations LLC,**

**Plaintiff,**

**v.**

**Wayfair LLC,**

**Defendant.**

**Civil Action No. 1:25-cv-02171**

**JURY TRIAL DEMANDED**

# ORDER

Having considered the parties' Joint Request to extend the deadline for the Case Management Conference ("CMC") and related deadlines, the Court grants the Motion. The case schedule is hereby amended such that the Case Management Conference and the related deadlines shall be based on and calculated from the date Defendant answers or otherwise responds after Defendant's currently pending Motion to Dismiss is either mooted or otherwise resolved by the Court.

Signed: 03/30/2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE